UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-05319 |
| Charlena Griggs | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS**

This matter coming on the Trustee's Motion to Dismiss, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1. The above referenced case is dismissed pursuant to 11 U.S.C. Section 1307 (c).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: June 08, 2018

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)